UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES C. MAXEY, | ) | Case No. 2:15-CV-00552 JAM-EFB |
| Plaintiff, | ) | |
| v. | ) | |
| THE OFFICE OF PRESIDENT BARACK OBAMA, et al., | ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| JAMES C. MAXEY, | ) | |
| Plaintiff, | ) | Case No. 2:15-CV-01219 KJM-CKD |
| v. | ) | |
| SIERRA COLLEGE, et al., | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under

Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:15-CV-01219 KJM-CKD be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:15-CV-01219 JAM-EFB.

IT IS SO ORDERED.

Dated:  June 23, 2015          /s/ John A. Mendez_____
                               JOHN A. MENDEZ
                               United States District Court Judge